Fee Paid
NP

1  ANTHONY S. KIM (SBN 225703)
   HOWREY LLP
2  1950 University Avenue, 4th Floor
   East Palo Alto, California 94303
3  Telephone: (650) 798-3500
   Facsimile: (650) 798-3600
4
   Attorneys for Plaintiff
5  DIGENE CORPORATION

**Filed**

JAN 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ADR

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08-80002 MISC PVT   JW

| | |
|---|---|
| DIGENE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THIRD WAVE TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 07-C-0022-C (W.D. Wisc.)<br><br>**PLAINTIFF DIGENE CORPORATION'S NOTICE OF MOTION AND MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO COMPEL DISCOVERY FROM THIRDPARTY HUNTER LABORATORIES, INC.**<br><br>Date: January 18, 2008<br>Time: TBA |

HOWREY LLP

PLAINTIFF DIGENE CORPORATION'S NOTICE OF MOTION AND MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO COMPEL DISCOVERY FROM THIRD PARTY HUNTER LABORATORIES, INC.

1    Plaintiff Digene Corporation ("Digene") hereby moves this Court, pursuant to Civil Local Rule 6-3(a), to shorten the time for the hearing on Plaintiff Digene Corporation's Motion to Compel Discovery from Third Party Hunter Laboratories, Inc. ("Hunter Labs"). Under Civil Local Rule 7-2(a), the hearing for this motion would occur on February 8, 2008.

     The basis for this request is that the trial in the underlying action is set for February 19, 2008. *See* Exhibit H to the Declaration of Anthony S. Kim in Support of Plaintiff Digene Corporation's Motion to Compel Discovery from Third Party Hunter Laboratories, Inc. If Digene's motion to compel is granted, Digene would have less than two weeks left before the start of trial in which to take discovery from Hunter Labs, including depositions pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. Shortening the hearing date would enable Digene to incorporate discovery from Hunter Labs in its pretrial brief and trial preparation.

     Accordingly, Digene requests that the hearing date for Plaintiff Digene Corporation's Motion to Compel Discovery from Third Party Hunter Laboratories, Inc. be set for January 18, 2008. Digene further requests that the deadline for Hunter Labs to submit its opposition to Digene's motion to compel be set to January 11, 2008, with any reply to be submitted by January 15, 2008.

## CERTIFICATE OF COMPLIANCE RE MEETING OF COUNSEL

     On January 4, 2008, counsel for Digene, Peter A. Barile III, Esq. of Howrey LLP, attempted to contact counsel for Hunter Labs, Christine P. Payne, Esq., of Kirkland & Ellis, L.L.P., seeking consent to having Digene's motion heard on January 18, 2008. Mr. Barile was unable to successfully contact Ms. Payne.

Dated: January 4, 2008

Respectfully submitted,

HOWREY LLP

By: /s/ Anthony S. Kim
Anthony S. Kim
Attorneys for Plaintiff
Digene Corporation

---
-1-
PLAINTIFF DIGENE CORPORATION'S NOTICE OF MOTION AND MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO COMPEL DISCOVERY FROM THIRD PARTY HUNTER LABORATORIES, INC.