```
 1 │ ANTHONY S. KIM (SBN 225703)
   │ HOWREY LLP
 2 │ 1950 University Avenue, 4th Floor
   │ East Palo Alto, California 94303
 3 │ Telephone: (650) 798-3500
   │ Facsimile: (650) 798-3600
 4 │
   │ Attorneys for Plaintiff
 5 │ DIGENE CORPORATION
 6 │
 7 │
 8 │              UNITED STATES DISTRICT COURT
 9 │            NORTHERN DISTRICT OF CALIFORNIA
10 │
11 │ DIGENE CORPORATION, a Delaware    │ Case No. 07-C-0022-C (W.D. Wisc.)
   │ corporation,                      │
12 │                                   │ DECLARATION OF ANTHONY S. KIM IN
   │              Plaintiff,           │ SUPPORT OF PLAINTIFF DIGENE
13 │                                   │ CORPORATION'S MOTION TO COMPEL
   │     vs.                           │ DISCOVERY FROM THIRD PARTY
14 │                                   │ HUNTER LABORATORIES, INC.
   │ THIRD WAVE TECHNOLOGIES, INC., a  │
15 │ Delaware corporation,             │
   │                                   │ Date:  January 18, 2008
16 │              Defendant.           │ Time:  TBA
17 │
18 │       I, Anthony S. Kim, declare as follows:
19 │       1.      I am an attorney with Howrey LLP, counsel of record for plaintiff Digene Corporation.
20 │ I am licensed to practice law in California. The matters in this declaration are based upon my personal
21 │ knowledge, except where otherwise indicated, and, if called as a witness, I could and would testify
22 │ competently thereto.
23 │       2.      Attached as Exhibit A hereto is a true and correct copy of a subpoena to Hunter
24 │ Laboratories, Inc., dated January 4, 2008.
25 │       3.      Attached as Exhibit B hereto is a true and correct copy of a subpoena to Hunter
26 │ Laboratories, Inc.
27 │       4.      Attached as Exhibit C hereto is a true and correct copy of a web page, available at
28 │ http://www.hunterlabs.com/HL-CompanyPro.htm.
```

Stamps: E-FILING; ADR; ORIGINAL FILED JAN 0 4 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE; CV 08 - 80002 MISC. JW PVT

-1-

1   5.   Attached as Exhibit D hereto is a true and correct copy of a letter from J. Robertson P.C. to Guy Padula, dated December 21, 2007.

2   6.   Attached as Exhibit E hereto is a true and correct copy of a letter from J. Robertson P.C. to Guy Padula, dated December 28, 2007.

3   7.   Attached as Exhibit F hereto is a true and correct copy of an email from Guy Padula to David Rutherford, dated December 28, 2007.

4   8.   Attached as Exhibit G hereto is a true and correct copy of a web page, available at http://www.hunterlabs.com/default.htm.

5   9.   Attached as Exhibit H hereto is a true and correct copy of a Preliminary Pretrial Conference Order, issued in *Digene Corporation v. Third Wave Technologies, Inc.*, Case No. 07-C-022-C, in the Western District of Wisconsin.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on this 8th day of January, 2008, at East Palo Alto, California.

_____
Anthony S. Kim