# Exhibit C



Home

Company Profile

Patient Service Centers

Contact Us

Career Opportunities

LIS Consulting Practice

## Company Profile

Over 70% of tests are performed by a new generation of instrument systems that not only provide far more accurate test results than previous generations of laboratory instrumentation; they also utilize less specimen resulting in fewer QNS specimens. Combined with the most sophisticated computer system in the industry, Hunter offers physicians the fastest turn-around time in the industry and a wide choice of personalized services and reporting options.

### Management Team

- Chris C. Riedel, CEO
- Marcia A. Riedel, President
- Richard Prendergast, Executive VP & Director of Sales & Marketing
- Wayne Cottrell, Director of Finance & Accounting
- Jane Santos, CLS, Director of Laboratory Operations

### Medical Director

**Gerald Weiss, M.D.,** received his MD with Distinction from the University of Alberta, Canada, and completed residency in Anatomic and Clinical Pathology at Santa Clara Valley Medical Center. Dr. Weiss has served as the Laboratory Medical Director for San Jose Medical Center and for Regional Medical Center of San Jose, was Chief of Staff at San Jose Medical Center and has been a member

|  | of the California Medical Association House of Delegates. Since 1995 Dr. Weiss has served as a member of the California Society of Pathologists Board of Directors, and since 2000 as the Pathology representitive for the N. CA Medicare Clinical Advisory Committee. In February 2006 Dr. Weiss was recognized by San Jose Magazine as one of the "Top Docs" in San Jose. He is board certified in Clinical and Anatomic Pathology. |
|---|---|