**Exhibit D**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

J. Robert Robertson P.C.
To Call Writer Directly:          (312) 861-2000                              Facsimile:
(312) 861-2225                                                            (312) 861-2200
rrobertson@kirkland.com          www.kirkland.com                        Dir. Fax: (312) 861-2200

December 21, 2007

**<u>Via Electronic Mail and First Class Mail</u>**

Guy Padula
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

              Re:     Digene Corporation v. Third Wave Technologies

Dear Guy,

In response to your question, Third Wave may call as witnesses at trial Christopher Riedel and Jaime Golleher. If Digene desires to depose either of these witnesses, we propose the 2nd, 3rd, or 4th of January. To address your previous letters, we do not presently intend to call any former Digene employee or other customer who has not been deposed with the understanding that Digene has agreed to do the same. Please let me know if these dates work for you.

Sincerely,

J. Robert Robertson P.C.

Hong Kong      London      Los Angeles      Munich      New York      San Francisco      Washington, D.C.