# Exhibit F

**From:** Padula, Guy
**Sent:** Friday, December 28, 2007 10:04 AM
**To:** Rutherford, David
**Subject:** FW: Digene v. Third Wave: subpoenas

**From:** Christine P Payne [mailto:cpayne@kirkland.com]
**Sent:** Thursday, December 27, 2007 8:31 PM
**To:** Padula, Guy
**Subject:** RE: Digene v. Third Wave: subpoenas

Guy,
As far as the subpoenas go, you raised several questions in your letters over the last couple of days and I am just calling to give you that information. I can confirm that Kirkland represents Mr. Riedel and Mr. Golleher and can accept service on their behalf. I saw in your email that you included subpoenas for Laboratory of Pathology and Hunter Laboratories. But the labs will not be called to testify. Please provide an explanation of the reason for the subpoenas to the labs.

I can confirm that Mr. Riedel and Mr. Golleher will produce documents related to the subjects of their testimony. Many of your document requests are duplicative and vague. If you can give me a better idea of what you're looking for, I can work with the witnesses to respond more efficiently to the document requests.

In your email of December 24, you said that Digene would depose the witnesses on January 3 or 4 if I could confirm production of documents by January 1. I can confirm that Mr. Riedel's documents will be produced by January 1. Please let me know whether Digene will depose Mr. Riedel on the 3rd or 4th. He will not be able to come to Chicago for his deposition. Also, as January 1 is a holiday, please let me know to which address I should send the documents.

It may take a few extra days for Mr. Golleher's documents, so it is probably safest to schedule his deposition the week of the 7th, as you suggested. I do not yet know whether Mr. Golleher can come to Chicago for his deposition, but he can definitely go to Little Rock (he lives in a suburb outside of Little Rock) which is easier to reach than Searcy.

Regarding your letter about Dr. Stoler, first please tell me whether he is represented by counsel and if so, by whom. Additionally, since Dr. Stoler has never been disclosed by Digene, please tell me what he will be called to testify about. Further, Digene has not produced all its documents related to Dr. Stoler or his lab. Digene agreed to do so more than seven months ago, including all records of payments, grants, speaking engagements, etc. We never thought this was worth troubling the Court for because Digene never disclosed Dr. Stoler as a witness. Tell us now whether you will produce all the requested documents, otherwise we will need to move to compel.

Thank You,
Christine

1/4/2008

Christine P. Payne
Kirkland & Ellis LLP
200 East Randolph Drive, Chicago, Illinois 60601
Tel (312) 469-7115    Fax (312) 665-9622
cpayne@kirkland.com

| | |
|---|---|
| "Padula, Guy" <GPadula@milbank.com> | To "Christine P Payne" <cpayne@kirkland.com> |
| 12/27/2007 05:43 PM | cc |
| | Subject RE: Digene v. Third Wave: subpoenas |

Christine,

I think any conversation would be more constructive if you could first give me an idea of what concerns, questions, or objections you have to the subpoenas.

thanks,
Guy

---

**From:** Christine P Payne [mailto:cpayne@kirkland.com]
**Sent:** Thursday, December 27, 2007 3:40 PM
**To:** Padula, Guy
**Subject:** Digene v. Third Wave: subpoenas

Hi Guy,
Thank you for returning my call - I just left a voicemail but you must have left for the day. Please give me a call when you can to discuss the subpoenas. If it would be easier, we can agree to talk at a specific time tomorrow. I am available from 7-9 a.m. CST and after 10 a.m. CST.
Thanks,
Christine

Christine P. Payne
Kirkland & Ellis LLP
200 East Randolph Drive, Chicago, Illinois 60601
Tel (312) 469-7115    Fax (312) 665-9622
cpayne@kirkland.com

****************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and

```
destroy this communication and all copies thereof,
including all attachments.
*************************************************************
```

---

**IRS Circular 230 Disclosure:** U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

---

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

```
*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************
```

1/4/2008