**Exhibit G**

Hunter Laboratories

# Welcome to Hunter Laboratories

## HUNTER LABORATORIES, INC.

Home

Company Profile

Patient Service Centers

Contact Us

Career Opportunities

### A new revolution in Laboratory Service

*"We are committed to serving our community,*

*one patient at a time"*

Hunter Laboratories is the largest locally owned and operated clinical reference laboratory in northern California. Hunter operates 30 Patient Service Centers and is contracted with over 200 insurance companies. Over 99% of all tests ordered are performed at Hunter's state-of-the-art laboratory in Campbell, CA. With over 100 years of laboratory experience, the management and Pathology group of Hunter are fully committed to its Mission Statement.

### *Consistently Delivering the Best Service in the*

### *Clinical Laboratory Industry.*

Utilizing the newest and most automated laboratory instrumentation, technologies and computer systems in the industry, Hunter Laboratories only services physician offices in northern California so that the laboratory can avoid the problems of slow turn-around time and lost specimens encountered when specimens are placed on airplanes for shipment outside the area.

- Hunter Labs Report Inquiry

If you experience any technical difficulties, please call Client Services at:
(408) 341-8609 or Toll Free: (800) 762-9722