UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGENE CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>THIRD WAVE TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No.: C 08-80002 JW (PVT)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME AS MODIFIED BY THE COURT |

On January 4, 2008, Digene Corporation ("Plaintiff") filed a motion to shorten time for hearing on its motion to compel discovery from a non-party, Hunter Laboratories.

Good Cause Appearing,

IT IS HEREBY ORDERED that:

1. The hearing on Plaintiff's motion to compel shall be heard at 10:00 a.m. on January 22, 2008;

2. Any opposition to the motion to compel shall be filed and served no later than January 14, 2008;

3. Any reply to the motion to compel shall be filed and served no later than January 17, 2008;

4. Plaintiff shall serve, by facsimile, non-party Hunter Laboratories with a copy

1  of the motion to shorten time and this order; and

2  5.  Plaintiff shall file proof of service promptly after serving non-party Hunter
3  Laboratories.

5  IT IS SO ORDERED.

7  Dated: *1/8/08*

8  _____
   PATRICIA V. TRUMBULL
9  United States Magistrate Judge

United States District Court
For the Northern District of California

ORDER, *page 2*

copies faxed on _____ to: _____

_____
CORINNE LEW
Courtroom Deputy

**United States District Court**
For the Northern District of California