1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   DIGENE CORPORATION,                    )        Case No.: C 08-80002 JW (PVT)
                                            )
13                     Plaintiff,           )        ORDER GRANTING PLAINTIFF'S
                                            )        MOTION TO SHORTEN TIME AS
14          v.                              )        MODIFIED BY THE COURT
                                            )
15   THIRD WAVE TECHNOLOGIES, INC.,         )
                                            )
16                     Defendant.           )
     _____ )

17

18          On January 4, 2008, Digene Corporation ("Plaintiff") filed a motion to shorten time for

19   hearing on its motion to compel discovery from a non-party, Hunter Laboratories.

20          Good Cause Appearing,

21          IT IS HEREBY ORDERED that:

22                 1.     The hearing on Plaintiff's motion to compel shall be heard at 10:00 a.m. on

23                        January 22, 2008;

24                 2.     Any opposition to the motion to compel shall be filed and served no later than

25                        January 14, 2008;

26                 3.     Any reply to the motion to compel shall be filed and served no later than

27                        January 17, 2008;

28                 4.     Plaintiff shall serve, by facsimile, non-party Hunter Laboratories with a copy

                                         ORDER, *page 1*

1    of the motion to shorten time and this order; and

2         5.        Plaintiff shall file proof of service promptly after serving non-party Hunter

3    Laboratories.

4

5    IT IS SO ORDERED.

6

7    Dated: *1/8/08*

8    _____
     PATRICIA V. TRUMBULL

9    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*