1  ANTHONY S. KIM (SBN 225703)
   HOWREY LLP
2  1950 University Avenue, 4th Floor
   East Palo Alto, California 94303
3  Telephone: (650) 798-3500
   Facsimile: (650) 798-3600
4
   Attorneys for Plaintiff
5  DIGENE CORPORATION

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 DIGENE CORPORATION, a Delaware         Case No. C 08-80002 JW (PVT)
   corporation,
12                                         NOTICE OF ENTRY OF ORDER ON
                  Plaintiff,               PLAINTIFF DIGENE CORPORATION'S
13                                         MOTION TO SHORTEN TIME FOR
         vs.                               HEARING ON MOTION TO COMPEL
14                                         DISCOVERY FROM THIRD PARTY
   THIRD WAVE TECHNOLOGIES, INC., a       HUNTER LABORATORIES, INC.
15 Delaware corporation,
                                           Hearing Date: January 22, 2008
16               Defendant.                Time:         10:00 a.m.

17

18

19

20

21

22

23

24

25

26

27

28

-1-
NOTICE OF ENTRY OF ORDER RE PLAINTIFF'S MOTION TO SHORTEN TIME

DM_US:20946953_1

1  PLEASE TAKE NOTICE that on January 8, 2008, Magistrate Judge Patricia V. Trumbull
2  issued an Order granting Plaintiff Digene Corporation's Motion to Shorten Time for Hearing on
3  Motion to Compel Discovery From Third Party Hunter Laboratories, Inc. (Dkt. # 5). The Court's
4  Order is attached hereto as Exhibit A.

Dated: January 8, 2008                               HOWREY LLP

                                                     By: /s/ Anthony S. Kim
                                                         Anthony S. Kim
                                                         Attorneys for Plaintiff
                                                         DIGENE CORPORATION

-2-
*****

DM_US:20946953_1

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGENE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THIRD WAVE TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | Case No.: C 08-80002 JW (PVT)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME AS MODIFIED BY THE COURT |

On January 4, 2008, Digene Corporation ("Plaintiff") filed a motion to shorten time for hearing on its motion to compel discovery from a non-party, Hunter Laboratories.

Good Cause Appearing,

IT IS HEREBY ORDERED that:

1. The hearing on Plaintiff's motion to compel shall be heard at 10:00 a.m. on January 22, 2008;

2. Any opposition to the motion to compel shall be filed and served no later than January 14, 2008;

3. Any reply to the motion to compel shall be filed and served no later than January 17, 2008;

4. Plaintiff shall serve, by facsimile, non-party Hunter Laboratories with a copy

ORDER, *page 1*

1  of the motion to shorten time and this order; and

2  5.   Plaintiff shall file proof of service promptly after serving non-party Hunter
3  Laboratories.

5  IT IS SO ORDERED.

7  Dated: *1/8/08*

8  _____
   PATRICIA V. TRUMBULL
9  United States Magistrate Judge

ORDER, *page 2*

## CERTIFICATE OF SERVICE

As required by Civil Local Rule 5-6(a)(2), the undersigned hereby certifies that on January 8, 2008 a true and correct copy of:

**NOTICE OF ENTRY OF ORDER ON PLAINTIFF DIGENE CORPORATIONS MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO COMPEL DISCOVERY FROM THIRD PARTY HUNTER LABORATORIES, INC.**

was served on the following counsel (who is not registered with this Court's Electronic Filing System) via facsimile:

J. Robert Robertson
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, Illinois 60601]
Facsimile No. (312) 660-0473

Dated: January 8, 2008

_____
Anthony S. Kim

-3-
*****

DM_US:20946953_1