ANTHONY S. KIM (SBN 225703)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600

Attorneys for Plaintiff
DIGENE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGENE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THIRD WAVE TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 08-80002 JW (PVT)<br><br>**PLAINTIFF DIGENE CORPORATION'S MOTION TO WITHDRAW MOTION TO COMPEL DISCOVERY FROM THIRD PARTY HUNTER LABORATORIES, INC.**<br><br>Hearing Date: January 22, 2008<br>Time: 10:00 a.m. |

-1-
DIGENE'S MOTION TO WITHDRAW MOTION TO COMPEL

DM_US:20959861_1

1   Plaintiff Digene Corporation ("Digene") hereby moves this Court for withdrawal without
2   prejudice of Digene's Motion to Compel Discovery From Third Party Hunter Laboratories, Inc. (Dkt. #
3   1). This matter is currently set for hearing on January 22, 2008. (Dkt. # 5.)
4   The basis for this request is that Digene was granted summary judgment in its favor in the
5   underlying action, *Digene Corporation v. Third Wave Technologies, Inc.*, Case No. 07-C-0022-C
6   (W.D. Wisc.). The discovery at issue in Digene's motion to compel was directed to issues adjudicated
7   at summary judgment in the underlying action. Therefore, the relief requested in Digene's motion to
8   compel is no longer required. However, it may be necessary for Digene to re-file its motion to compel
9   should the summary judgment in the underlying action be overturned upon reconsideration or appeal.
10  Accordingly, Digene requests that its Motion to Compel Discovery From Third Party Hunter
11  Laboratories, Inc. (Dkt. # 1) be withdrawn without prejudice, and that all dates set forth in the Court's
12  Order of January 8, 2008 (Dkt. # 5) be taken off-calendar. Counsel for Hunter Laboratories, Inc. does
13  not oppose the instant motion.

Dated: January 14, 2008                     Respectfully submitted

                                            HOWREY LLP


                                            By: _____
                                                Anthony S. Kim
                                                Attorneys for Plaintiff
                                                DIGENE CORPORATION

-2-
*****

DM_US:20959861_1

# CERTIFICATE OF SERVICE

As required by Civil Local Rule 5-6(a)(2), the undersigned hereby certifies that on January 14, 2008 a true and correct copy of:

**PLAINTIFF DIGENE CORPORATION'S MOTION TO WITHDRAW MOTION TO COMPEL DISCOVERY FROM THIRD PARTY HUNTER LABORATORIES, INC.**

was served on the following counsel (who is not registered with this Court's Electronic Filing System) via facsimile and U.S. Mail:

J. Robert Robertson
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, Illinois  60601]
Facsimile No. (312) 660-0473

Dated:  January 14, 2008

Anthony S. Kim

-3-

DM_US:20959861_1