ANTHONY S. KIM (SBN 225703)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600

Attorneys for Plaintiff
DIGENE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGENE CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THIRD WAVE TECHNOLOGIES, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. C 08-80002 JW (PVT)<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF DIGENE CORPORATION'S MOTION TO COMPEL DISCOVERY FROM THIRD PARTY HUNTER LABORATORIES, INC.**<br><br>Hearing Date: January 22, 2008<br>Time:　　　　10:00 a.m. |

NOTICE OF WITHDRAWAL RE PLAINTIFF'S MOTION TO COMPEL HUNTER LABS

DM_US:20962720_1

1       PLEASE TAKE NOTICE that pursuant to Civil L.R. 7-7(e), Plaintiff Digene Corporation

2  hereby withdraws its Motion to Compel Discovery From Third Party Hunter Laboratories, Inc.

3  (Dkt. # 1).

4

5  Dated: January 15, 2008            HOWREY LLP

6

7                         By:  _____

8                             Anthony S. Kim
                               Attorneys for Plaintiff

9                             DIGENE CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
*****

DM_US:20962720_1

1

## CERTIFICATE OF SERVICE

2

3    As required by Civil Local Rule 5-6(a)(2), the undersigned hereby certifies that on

4    January 15, 2008 a true and correct copy of:

5    **NOTICE OF WITHDRAWAL OF PLAINTIFF DIGENE CORPORATION'S MOTION TO COMPEL DISCOVERY FROM THIRD PARTY HUNTER LABORATORIES, INC.**

6

7    was served on the following counsel (who is not registered with this Court's Electronic Filing System)

via facsimile, electronic mail and U.S. Mail:

8

9    J. Robert Robertson
     Kirkland & Ellis LLP
     200 E. Randolph Drive
10   Chicago, Illinois 60601]
     Facsimile No. (312) 660-0473

11

12

13   Dated:  January 15, 2008

                                        _____
14                                             Anthony S. Kim

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
*****