UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIGENE CORPORATION, | ) | Case No.: C 08-80002 JW (PVT) |
| Plaintiff, | ) ) | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM THIRD PARTY HUNTER LABORATORIES AS MOOT |
| v. | ) ) | |
| THIRD WAVE TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) ) | |

On January 15, 2008, Digene Corporation ("Plaintiff") filed a notice of withdrawal of its Motion to Compel Discovery from Third Party Hunter Laboratories.

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel is DENIED as moot.[1] The Clerk of the Court is instructed to close this case.

Dated: *2/6/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.